# Order

Michigan Supreme Court
Lansing, Michigan

November 16, 2018

Stephen J. Markman,
Chief Justice

157518

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

JEREMY DROUILLARD,
      Plaintiff-Appellant,

v

SC: 157518
COA: 334977
St. Clair CC: 2015-002282-NI

AMERICAN ALTERNATIVE INSURANCE
CORPORATION,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the February 27, 2018 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the appellee was entitled to summary disposition on the ground that there was no "uninsured motor vehicle" as defined in the insurance policy. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Insurance Alliance of Michigan, the Michigan Association for Justice, and the Auto Club Insurance Association are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2018



Clerk

d1106